UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

ALBERT SCHUSSLER et al.,

                       Defendants.

-------------------------------------------------------------- x

**ORDER**

02 Cr. 190 (AKH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/23/12

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Concerning the judgments entered in this matter, requiring Defendants to pay restitution of $160,000,000.00, the obligation is joint and several as to each Defendant.

        SO ORDERED.

Dated:     October __, 2012
              New York, New York

                                          ALVIN K. HELLERSTEIN
                                          United States District Judge